UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAFAEL ANTONIO IBARRA, | ) | No. CV 09-6069-CBM(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| SUSAN L. HUBBARD (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: 9/11/09

CONSUELO B. MARSHALL
United States District Judge